JAMES FORD, PLAINTIFF, v. WILLIAM AZZOLI, DEFENDANT.

Submitted March term, 1925—Decided April 18, 1925.

**Verdict Clearly Against Weight of Evidence.**

On rule to show cause why new trial should not be granted.

Before Justices KALISCH, BLACK and CAMPBELL.

For the rule, *Kalisch & Kalisch.*

*Contra, Robert H. Doherty.*

PER CURIAM.

An examination of the evidence in the cause brings us to the conclusion that the verdict is clearly against the weight of the evidence.

A rule may therefore be taken making this rule absolute and for a *venire de novo.*